IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY ROMANO and ROCKY ROMANO § | | PLAINTIFFS |
| § | | |
| v. § | | CAUSE NO. 1:07CV656 LG-JMR |
| § | | |
| UNITED STATES OF AMERICA, ET AL. § | | DEFENDANTS |

### ORDER GRANTING GULF OIL CORPORATION'S MOTION TO DISMISS

BEFORE THE COURT is the Motion [70] to Dismiss or for Summary Judgment filed by Defendant Gulf Oil Corporation.  Gulf Oil Corporation requests dismissal based on the affirmative defense of statute of limitations.  Plaintiffs filed a response.  The Court has considered the parties' submissions and the relevant legal authority.  For the reasons stated in the Court's July 14, 2008 Memorandum Opinion and Order Granting Motion to Dismiss, Ct. R. 69, the motion will be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion [70] to Dismiss or for Summary Judgment filed by Defendant Gulf Oil Corporation is **GRANTED.**  Plaintiffs' claims against Gulf Oil Corporation are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 22nd day of August, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE